CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS

STATE OF LOUISIANA

NO. 09-11005

DIVISION L-6

NATHANIEL FAVOROTH

VERSUS

SCOTTSDALE INSURANCE COMPANY

FILED: _____

_____
DEPUTY CLERK

## PETITION FOR DAMAGES

NOW INTO COURT through undersigned counsel, comes the plaintiff, Nathaniel Favoroth, who respectfully suggests to this court that:

1.

The plaintiff is of the full age of majority and domiciled in the State of Louisiana.

2.

Made defendant herein is:

Scottsdale Insurance Company, a foreign insurance company authorized to do and doing business in this Parish and State.

3.

On or around October 30, 2008, a fire destroyed a family dwelling located at 3411 Metropolitan Street, New Orleans, Louisiana 70126. At the time of the fire, the family dwelling was owned by Nathaniel Favaroth. The dwelling was insured by the defendant, Scottsdale Insurance Company, policy number DFS0905019, with an effective date of October 2, 2008 to October 2, 2009.

4.

The fire heavily damaged the structure and its contents. The plaintiff submitted a claim with his insurer and the defendant refused to pay the plaintiff's claim.

EXHIBIT "A"

5.

The damage that occurred to the property was a covered peril of the policy that Plaintiff purchased from Defendant, which was in full force and effect on or about the date of the loss.

6.

Defendant's failure to properly and timely adjust the loss and refusal to pay the remaining sums due under the insurance contract is an arbitrary and capricious act without any probable cause therefore, and has long exceeded the time in which Defendant was required to adjust the claim in good faith. Consequently, Defendant's actions violate both La. R.S. 22:658 and 22:1220.

7.

Defendant is liable to Plaintiff for the limits of the insurance contract, along with all damages and penalties to which Plaintiff is entitled under the Louisiana statutes cited therein.

**WHEREFORE**, Plaintiff, Nathaniel Favaroth, prays that after due proceedings are had, there be judgment in his favor and against the defendant in an adequate sum to be determined by the trier of fact, together with legal interest from the date of judicial demand, for all costs, and for all general and equitable relief that the Court might order.

Respectfully submitted:

**DIDRIKSEN LAW FIRM**

*Amanda K. Wingfield*
RICHARD J. GARVEY, JR., La. Bar No. 20822
AMANDA K. WINGFIELD, La. Bar No. 30800
3114 Canal Street
New Orleans, Louisiana 70119
Telephone No. (504) 586-1600
Facsimile No. (504) 822-3119
Attorneys for Plaintiff

**PLEASE SERVE:**

Scottsdale Insurance Company through its registered agent for service of process:
Louisiana Secretary of State
8549 United Plaza Blvd.
Baton Rouge, LA 70809

2

ATTORNEY'S NAME: Wingfield, Amanda 30600
AND ADDRESS: 3114 Canal St.,
New Orleans 70119

CIVIL DISTRICT COURT FOR THE PARISH OF ORLEANS
STATE OF LOUISIANA

NO:   2009 — 11005   1                                    SECTION:   6 — L

FAVOROTH, NATHANIEL VERSUS SCOTTSDALE INSURANCE COMPANY

## CITATION

TO: SCOTTSDALE INSURANCE COMPANY
THROUGH: THE LOUISIANA SECRETARY OF STATE

BATON ROUGE                    LA

YOU HAVE BEEN SUED:

RECEIVED 2009 OCT 23 P 4 42 CIVIL SHERIFF'S OFFICE

You must either comply with the demand contained in the petition
FOR DAMAGES;
a certified copy of which accompanies this citation, or file an answer or other legal pleading in the office of the Clerk of this Court, Room 402, Civil Courts Building, 421 Loyola Avenue, New Orleans, LA, within fifteen (15) days after the service hereof under penalty of default

**ADDITIONAL INFORMATION**

Legal assistance is advisable. If you want a lawyer and can't find one, you may call the New Orleans Lawyer Referral Service at 561- 8828. This Referral Service operates in conjunction with the New Orleans Bar Association. If you qualify, you may be entitled to free legal assistance through the New Orleans Legal Assistance Corp.; you may call 529 - 1000 for more information.

COURT PERSONNEL ARE NOT PERMITTED TO GIVE LEGAL ADVICE

IN WITNESS HEREOF, I have hereunto set my hand and affix the seal of the Civil District Court for the Parish of Orleans, State of LA   October 20, 2009

Clerk's Office, Room 402, Civil Courts Building,
421 Loyola Avenue
New Orleans, LA

DALE N. ATKINS, Clerk of
The Civil District Court
for the Parish of Orleans
State of LA
by _____
              Deputy Clerk

**SHERIFF'S RETURN**
(for use of process servers only)

| PERSONAL SERVICE | DOMICILIARY SERVICE |
|---|---|
| On this _____ day of _____ served a copy of the w/i petition FOR DAMAGES | On this _____ day of _____ served a copy of the w/i petition FOR DAMAGES |
| On SCOTTSDALE INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE | On SCOTTSDALE INSURANCE COMPANY THROUGH: THE LOUISIANA SECRETARY OF STATE by leaving same at the dwelling house, or usual place of abode, in the hands of _____ a person of suitable age and discretion residing therein as a member of the domiciliary establishment, whose name and other facts connected with this service I learned by interrogating HIM / HER the said _____ SCOTTSDALE INSURANCE COMPANY |
| Returned same day | |
| Deputy Sheriff of _____ | |
| Mileage: $ _____ | _____ being absent from the domicile at time of said service. Returned same day No. Deputy Sheriff of _____ |

Due service on the named party through the Office of the Secretary of State by tendering a copy of this document to Deputy Sheriff Julie Nesbitt Parish of East Baton Rouge No. Louisiana

OCT 30 2009

/ ENTERED /          RETURN OCT 29 2009
PAPER      01
SERIAL NO.    DEPUTY    EBR PARISH SHERIFF'S OFFICE

RECEIVED
11-6-09
VERIFIED